AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Vincent J. Adolph

PLAINTIFF

v.

Ozzie Knezovich, et al

DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 08-CV-368-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's First Amended Complaint (Ct. Rec. 13) is DISMISSED with prejudice.

March 30, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson